**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LORI STANLEY, <br><br> *Plaintiff*, <br><br> v. <br><br> SELECT ENERGY SERVICES, LLC <br><br> *Defendants*. | Case No. 2:21-cv-01575-RJC <br><br> Hon. Robert J. Colville <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Plaintiff, LORI STANLEY, and Defendant, SELECT ENERGY SERVICES, LLC, constituting all of the parties of record in the above-captioned action, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of the above-captioned action in its entirety and with prejudice with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Larry A. Weisberg*
Larry A. Weisberg
lweisberg@weisbergcummings.com
**WEISBERG CUMMINGS, P.C.**
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707

*/s/ Stephen A. Antonelli*
Stephen A. Antonelli
santonelli@babstcalland.com
**Babst, Calland, Clements and Zomnir, P.C**.
Two Gateway Center, 6th Floor
603 Stanwix St.
Pittsburgh, PA 15222

*Counsel for Plaintiff*

*Counsel for Defendant*